# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BERNADETTE PEOPLES - THE BENEFACTOR (A LIVING WOMAN), | : | No. 82 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A. TRUSTEE, ET AL; JUSTIN KIRK, ESQUIRE, LIPSKY AND BRANDT LAW FIRM, ET AL., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2016, the Application for Extraordinary and King's Bench Jurisdiction is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.